# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 417 - 2 | **DATE** | 5/23/2008 |
| **CASE TITLE** |  | USA vs. Magnus Von Buddenbrock | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/23/2008. Defendant appears in response to arrest on 5/23/2008. Defendant informed of his rights. Government seeks detention. Detention hearing set for 5/29/2008 at 1:00 p.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|